# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-50615
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
October 9, 2019

Lyle W. Cayce
Clerk

DR. LAKSHMI ARUNACHALAM,

Plaintiff−Appellant,

versus

BERRY AVIATION, INCORPORATED,

Defendant−Appellee.

Appeal from the United States District Court
for the Western District of Texas
No. 6:19-CV-351

Before DAVIS, SMITH, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

We examine our appellate jurisdiction on our motion if necessary. *Mejia*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-50615

*v. Whitaker*, 913 F.3d 482, 487 (5th Cir. 2019).  The plaintiff claims patent infringement.  Title 28 U.S.C. § 1295(a)(1) gives the Federal Circuit exclusive jurisdiction over appeals in any action arising under an Act of Congress relating to patents.

The appeal is DISMISSED for want of jurisdiction.